```
 1   COOLEY LLP
     TOWER C. SNOW, JR. (58342)
 2   (tsnow@cooley.com)
     101 California Street, 5th Floor
 3   San Francisco, CA  94111-5800
     Telephone:    (415) 693-2000
 4   Facsimile:    (415) 693-2222

 5   JOHN C. DWYER (136533)
     (dwyerjc@cooley.com)
 6   JESSICA VALENZUELA SANTAMARIA (220934)
     (jsantamaria@cooley.com)
 7   ADAM C. TRIGG (261498)
     (atrigg@cooley.com)
 8   Five Palo Alto Square
     3000 El Camino Real
 9   Palo Alto, CA 94306-2155
     Telephone: (650) 843-5000
10   Facsimile: (650) 849-7400

11   JOSEPH B. WOODRING (272940)
     (jwoodring@cooley.com)
12   1333 2nd Street, Suite 400
     Santa Monica, CA 90401
13   Telephone: (310) 883-6400
     Facsimile: (310) 849-6500
14
     Attorneys for Defendants
15   H. Ravi Brar, Susie Herrmann, and Murray Jones
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P. and WOLVERINE FLAGSHIP FUND TRADING LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>H. RAVI BRAR, SUSIE HERRMANN and MURRAY JONES<br><br>Defendants. | Case No.  3:14-CV-04717-SC<br><br>**DEFENDANTS H. RAVI BRAR, SUSIE HERRMANN AND MURRAY JONES' DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1 & CIV. L. R. 3-15)** |

Defendants H. Ravi Brar, Susie Herrmann, and Murray Jones ("Defendants"), by and through their undersigned counsel of record, hereby disclose pursuant to Federal Rule of Civil Procedure 7.1 that ECOtality, Inc. ("ECOtality") has no parent corporation, and the Defendants believe that no publicly held company owns 10% or more of ECOtality's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The following companies or entities affiliated with such companies beneficially owned more than 5% of ECOtality's stock as of October 4, 2012, as disclosed in ECOtality's DEF14A Proxy Statement filed with the U.S. Securities and Exchange Commission on October 10, 2012: ABB Technology Ventures, LTD, Valley 2010 Investment LLC, Global LearnNet Ltd., Codex Group, Inc., AWM Investment Company, Inc., Austin W. Marxe and David M. Greenhouse, Gruber & McBain Capital Management LLC, John Gruber and J. Patterson McBain, Enable Growth Partners LP, Enable Opportunity Partners, LP, and Pierce Diversified Strategy Master Fund, LLC.

ECOtality is a publicly owned company with a large number of outstanding shares, and as such, it would be impracticable to list each individual shareholder.

Dated: December 2, 2014

COOLEY LLP
TOWER C. SNOW (58342)
JOHN C. DWYER (136533)
JESSICA VALENZUELA SANTAMARIA (220934)
ADAM C. TRIGG (261498)
JOSEPH B. WOODRING (272940)

*/s/ Joseph B. Woodring*
Joseph B. Woodring (272940)

Attorneys for Defendants
H. Ravi Brar, Susie Herrmann, and Murray Jones