**LOWENSTEIN SANDLER LLP**
Michael J. McGaughey (198617)
390 Lytton Avenue
Palo Alto, CA 94301
Telephone: 415-288-4545
Fax: 415-288-4534
mmcgaughey@lowenstein.com

Steven M. Hecht (*pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-262-6700
Fax: 973-597-2381
shecht@lowenstein.com

*Counsel for Plaintiffs Special Situations*
  *Fund III QP, L.P., Special Situations*
  *Cayman Fund, L.P., and Wolverine*
  *Flagship Fund Trading Limited*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P., AND WOLVERINE FLAGSHIP FUND TRADING LIMITED,<br><br>Plaintiffs<br><br>vs.<br><br>H. RAVI BRAR, SUSIE HERRMANN and MURRAY JONES,<br><br>Defendants. | Case No. 3:14-cv-04717-SC<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>DATE: February 20, 2015<br>TIME: 10:00 A.M.<br>CTRM: 1, 17th Floor<br>Hon. Samuel Conti |

1  In an attempt to distract the Court from the well-pleaded allegations in the Complaint, Defendants H. Ravi Brar, Susie Herrmann, and Murray Jones (collectively, "Defendants") have asked the Court to take judicial notice of fifteen documents outside the four corners of the pleadings. (*See* Request for Judicial Notice in Support of Motion to Dismiss (Docket No. 18-2) (citing to exhibits attached to the Declaration of Joseph B. Woodring (Docket No. 18-3)).) As explained in detail in the Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss filed herewith, these materials do not raise any disputes with the Complaint's allegations, and do nothing more than make the Court's task more difficult by placing voluminous and often irrelevant material before it.

Notwithstanding Plaintiffs' disagreement with Defendants' legal strategy, Plaintiffs do not oppose Defendants' request for judicial notice. Under well-established Ninth Circuit standards, each document Defendants submit is either judicially noticeable or incorporated in the Complaint by reference. *See Parrino v. FHP, Inc.*, 146 F.3d 699, 706 (9th Cir. 1998) ("[A] district court ruling on a motion to dismiss may consider a document . . . upon which the plaintiff's complaint necessarily relies."), *superseded by statute on other grounds as stated in McManus v. McManus Fin. Consultants, Inc.*, 552 F. App'x 713, 714 (9th Cir. 2014); *Glenbrook Capital Ltd. v. Kuo*, 525 F. Supp. 2d 1130, 1137 (N.D. Cal. 2007) (noticing SEC filings). Plaintiffs only caution that, as this Court has previously ruled, the contents of documents that are judicially noticed or incorporated into the complaint by reference are not assumed to be true and may not be considered as "contrary evidence . . . ." *See* Order Granting Motion To Dismiss, *In re ECOtality, Inc. Sec. Litig.*, No. 13-03791-SC, slip. op. at 9 (N.D. Cal. Sept. 16, 2014); *see also Gammel v. Hewlett-Packard Co.*, No. SACV 11-1404 AG (RNBx), 2013 WL 1947525, at *3-4 (C.D. Cal. May 8, 2013); *In re Northpoint Commc'ns Group, Inc., Sec. Litig.*, 221 F. Supp. 2d 1090, 1095 (N.D. Cal. 2002) (declining to consider documents submitted by defendants "for notice of disputed facts therein").

| | |
|---|---|
| DATED: January 9, 2015 | /s/ Michael J. McGaughey<br>Michael J. McGaughey<br>**LOWENSTEIN SANDLER LLP**<br>390 Lytton Avenue<br>Palo Alto, CA 94301<br>Telephone: 415-288-4545<br>Fax: 415-288-4534<br>mmcgaughey@lowenstein.com<br>*Counsel for Plaintiffs Special Situations Fund III QP, L.P., Special Situations Cayman Fund, L.P., and Wolverine Flagship Fund Trading Limited* |

Steven M. Hecht (*pro hac vice*)
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-262-6700
Fax: 973-597-2381
shecht@lowenstein.com