1   COOLEY LLP
    TOWER C. SNOW, JR. (58342)
2   (tsnow@cooley.com)
    101 California Street, 5th Floor
3   San Francisco, CA  94111-5800
    Telephone:    (415) 693-2000
4   Facsimile:     (415) 693-2222

5   JOHN C. DWYER (136533)
    (dwyerjc@cooley.com)
6   JESSICA VALENZUELA SANTAMARIA (220934)
    (jsantamaria@cooley.com)
7   ADAM C. TRIGG (261498)
    (atrigg@cooley.com)
8   Five Palo Alto Square
    3000 El Camino Real
9   Palo Alto, CA 94306-2155
    Telephone: (650) 843-5000
10  Facsimile: (650) 849-7400

11  JOSEPH B. WOODRING (272940)
    (jwoodring@cooley.com)
12  1333 2nd Street, Suite 400
    Santa Monica, CA 90401
13  Telephone: (310) 883-6400
    Facsimile: (310) 849-6500

14
    Attorneys for Defendants
15  H. Ravi Brar, Susie Herrmann, and Murray Jones

16  [Additional Counsel on Signature Page]

17
                    UNITED STATES DISTRICT COURT
18
                  NORTHERN DISTRICT OF CALIFORNIA
19

20  SPECIAL SITUATIONS FUND III QP,         Case No.  3:14-CV-04717-SC
    L.P., SPECIAL SITUATIONS CAYMAN
21  FUND, L.P. and WOLVERINE FLAGSHIP       **STIPULATION AND [~~PROPOSED~~] ORDER
    FUND TRADING LIMITED,                   STAYING CASE FOR MEDIATION**

22              Plaintiffs,
                                            Judge:     Hon. Samuel Conti
23          v.

24  H. RAVI BRAR, SUSIE HERRMANN and
    MURRAY JONES
25
                Defendants.
26

27

28

WHEREAS, on October 23, 2014, Plaintiffs Special Situations Fund III QP, L.P., Special Situations Cayman Fund, L.P. and Wolverine Flagship Fund Trading Limited (collectively, "Plaintiffs") filed a complaint in the above captioned action (the "Complaint") (Dkt. 1);

WHEREAS, on December 12, 2014, Defendants H. Ravi Brar, Susie Herrmann, and Murray Jones (collectively, "Defendants") filed a motion to dismiss the Complaint (Dkt. 18), which the parties fully briefed;

WHEREAS, on March 26, 2015, this Court issued an Order granting in part and denying in part Defendants' Motion to Dismiss (the "Order" (Dkt. 29));

WHEREAS, the Order allowed certain claims to proceed, dismissed certain claims with leave to amend, and allowed Plaintiffs 30 days to file an amended complaint;

WHEREAS, the parties have met and conferred about resolving this action extra-judicially, and are discussing scheduling a mediation;

WHEREAS, in the interest of conserving the resources of the Court and the parties, and to maximize judicial economy, the parties have agreed to stay the case for 60 days to allow the parties to attend mediation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective counsel, as follows:

1.      This action shall be stayed for 60 days, beginning upon the entry of an Order granting this stipulation, to allow the parties to attend mediation.

2.      All duties and obligations in this action shall be extended 60 days from the current dates of such duties or obligations.

3.      The stay shall expire 60 days after the signature date of an Order granting this stipulation.

4.      Plaintiffs' deadline to file an amended complaint shall be 30 days after the expiration of the 60 day stay.

5.      The deadline for Defendants' response to any amended complaint, or to the complaint currently on file, shall be mutually agreed by the parties at the end of the 60 day stay.

1      IT IS SO STIPULATED.

2

3

4   Dated:  April 6, 2015          COOLEY LLP
                          TOWER C. SNOW (58342)

5                          JOHN C. DWYER (136533)
                          JESSICA VALENZUELA SANTAMARIA (220934)

6                          ADAM C. TRIGG (261498)
                          JOSEPH B. WOODRING (272940)

7

8                             */s/ Joseph B. Woodring*
                          Joseph B. Woodring (272940)

9

10                       Attorneys for Defendants
                       H. Ravi Brar, Susie Herrmann, and Murray Jones

11

12

13   Dated:  April 6, 2015          LOWENSTEIN SANDLER LLP
                          MICHAEL J. McGAUGHEY (198617)

14                          STEVEN M. HECHT (*appearance pro hac vice*)

15                             */s/ Steven M. Hecht*

16                         Steven M. Hecht (*appearance pro hac vice*)

17                       1251 Avenue of the Americas
                       New York, NY 10020

18                       Telephone: 646-414-6902
                       Fax: 973-597-2381

19                       E-mail: shecht@lowenstein.com

20                       Attorneys for Plaintiffs
                       Special Situations Fund III QP, L.P., Special Situations

21                       Cayman Fund, L.P. and Wolverine Flagship Fund
                       Trading Limited

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the General Order No. 45, section 45 X(B), for The United States District Court for the Northern District of California, I, Joseph B. Woodring, hereby attest that the concurrence to the filing of the foregoing document has been obtained from Steven M. Hecht, who provided the conformed signature above.

Dated: April 6, 2015

COOLEY LLP
TOWER C. SNOW, JR. (58342)
JOHN C. DWYER (136533)
JESSICA VALENZUELA SANTAMARIA (220934)
ADAM C. TRIGG (261498)
JOSEPH B. WOODRING (272940)


_____
*/s/ Joseph B. Woodring*
Joseph B. Woodring (272940)

Attorneys for Defendants
H. Ravi Brar, Susie Herrmann and Murray Jones

1

**ORDER**

2   Pursuant to the stipulation of the parties, this action is stayed for 60 days.  The stay shall

3 expire 60 days after the signature date of this Order.  All duties and obligations are extended 60

4 days from the current dates of such duties or obligations.  Plaintiffs' deadline to file an amended

5 complaint is 30 days after the expiration of the 60 day stay.  The deadline for Defendants'

6 response to any amended complaint, or to the complaint currently on file, shall be mutually

7 agreed by the parties at the end of the 60 day stay.

8

9 IT IS SO ORDERED.

10 Dated:  __April 9__ , 2015      _____

11           THE HONORABLE SAMUEL CONTI
            UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28