1  COOLEY LLP
   TOWER C. SNOW, JR. (58342)
2  (tsnow@cooley.com)
   101 California Street, 5th Floor
3  San Francisco, CA  94111-5800
   Telephone:    (415) 693-2000
4  Facsimile:    (415) 693-2222

5  JOHN C. DWYER (136533)
   (dwyerjc@cooley.com)
6  JESSICA VALENZUELA SANTAMARIA (220934)
   (jsantamaria@cooley.com)
7  ADAM C. TRIGG (261498)
   (atrigg@cooley.com)
8  Five Palo Alto Square
   3000 El Camino Real
9  Palo Alto, CA 94306-2155
   Telephone: (650) 843-5000
10 Facsimile: (650) 849-7400

11 JOSEPH B. WOODRING (272940)
   (jwoodring@cooley.com)
12 1333 2nd Street, Suite 400
   Santa Monica, CA 90401
13 Telephone: (310) 883-6400
   Facsimile: (310) 849-6500
14
   Attorneys for Defendants
15 H. Ravi Brar, Susie Herrmann, and Murray Jones

16 [Additional Counsel on Signature Page]

17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19

20 SPECIAL SITUATIONS FUND III QP,        Case No.  3:14-CV-04717-SC
   L.P., SPECIAL SITUATIONS CAYMAN
21 FUND, L.P., WOLVERINE FLAGSHIP         **STIPULATION AND [~~PROPOSED~~] ORDER**
   FUND TRADING LIMITED, PINE RIVER       **REGARDING RESPONSE TO AMENDED**
22 MASTER FUND Ltd. and NISSWA            **COMPLAINT**
   ACQUISITION MASTER FUND Ltd.,
23                                         Judge:      Hon. Samuel Conti
                Plaintiffs,
24
          v.
25
   H. RAVI BRAR, SUSIE HERRMANN and
26 MURRAY JONES

27              Defendants.

28

                                          **STIPULATION AND [PROPOSED] ORDER**
                                          **CASE NO. 3:14-CV-04717-SC**

1  WHEREAS, on October 23, 2014, Plaintiffs Special Situations Fund III QP, L.P. ("SSF

2  III"), Special Situations Cayman Fund, L.P. ("SSF Cayman" and, with SSF III, "SSF") and

3  Wolverine Flagship Fund Trading Limited ("Wolverine") filed a complaint in the above

4  captioned action (the "Complaint") (Dkt. 1);

5  WHEREAS, on December 12, 2014, Defendants H. Ravi Brar, Susie Herrmann, and

6  Murray Jones (collectively, "Defendants") filed a motion to dismiss the Complaint (Dkt. 18),

7  which the parties fully briefed;

8  WHEREAS, on March 26, 2015, the Court issued an Order granting in part and denying

9  in part Defendants' Motion to Dismiss, and allowing SSF and Wolverine to file an amended

10  complaint (the "Order" (Dkt. 29));

11  WHEREAS, on April 6, 2015, the parties filed a stipulation and proposed order to stay the

12  case for mediation (Dkt. 30);

13  WHEREAS, on April 9, 2015, the Court granted the stipulation and issued an Order

14  staying this action for 60 days to allow the parties to pursue mediation (the "Stay Order" (Dkt.

15  31);

16  WHEREAS, on May 28, 2015, the parties conducted a mediation session and continue to

17  engage in settlement negotiations;

18  WHEREAS, the Stay Order set the deadline for SSF and Wolverine's amended complaint,

19  if any, at 30 days after the expiration of the stay;

20  WHEREAS, the stay expired on June 8, 2015;

21  WHEREAS, on July 6, 2015, the Parties submitted a Stipulation and Proposed Order to

22  the Court in which the Parties agreed that (i) SSF and Wolverine, along with Pine River Master

23  Fund Ltd. ("Pine River") and Nisswa Acquisition Master Fund ("Nisswa," and along with SSF,

24  Wolverine and Pine River, "Plaintiffs") shall file an amended complaint on July 22, 2015, (ii)

25  Defendants shall file and serve their response to Plaintiffs' amended complaint no later than

26  September 4, 2015, (iii) if Defendants file and serve a motion to dismiss the amended complaint,

27  Plaintiffs shall file and serve their opposition no later than October 2, 2015, (iv) Defendants shall

28  file and serve their reply no later than October 16, 2015, and (v) the hearing on Defendants'

1.

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:14-CV-04717-SC

1   motion to dismiss, if any, shall be scheduled for at least 14 days after Defendants file and serve

2   their reply (Dkt. 32);

3          WHEREAS, on July 7, 2015, the Court issued an Order granting the stipulation (Dkt. 33);

4          WHEREAS, on July 22, 2015, Plaintiffs filed their First Amended Complaint (Dkt. 34);

5          WHEREAS, due to previously unforeseen conflicts for Defendants' counsel, the Parties

6   wish to amend the briefing schedule to provide an additional week for Defendants to file their

7   reply brief in support of any motion to dismiss.

8          NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties,

9   through their respective counsel, as follows:

10         1.     Defendants shall file and serve their reply brief no later than October 23, 2015.

11         2.     The hearing on Defendants' motion to dismiss, if any, shall be scheduled for at

12  least 7 days after Defendants file and serve their reply or at such other time as is convenient for

13  the Court.

14         3.     All other dates shall remain as ordered by the Court in its July 7, 2015 Order.

15

16         Respectfully submitted,

17
    IT IS SO STIPULATED.
18

19  Dated:  July 27, 2015                    COOLEY LLP
                                             TOWER C. SNOW (58342)
20                                           JOHN C. DWYER (136533)
                                             JESSICA VALENZUELA SANTAMARIA (220934)
21                                           ADAM C. TRIGG (261498)
                                             JOSEPH B. WOODRING (272940)
22

23                                                    */s/ Adam C. Trigg*
                                             _____
                                                      Adam C. Trigg (261498)
24

25                                           Attorneys for Defendants
                                             H. Ravi Brar, Susie Herrmann, and Murray Jones
26

27

28

                                        2.        **STIPULATION AND [PROPOSED] ORDER**
                                                  **CASE NO. 3:14-CV-04717-SC**

1    Dated:  July 27, 2015                    LOWENSTEIN SANDLER LLP
                                              MICHAEL J. McGAUGHEY (198617)
2                                             STEVEN M. HECHT (*appearance pro hac vice*)

3                                             _____*/s/ Steven M. Hecht*_____

4                                             Steven M. Hecht (*appearance pro hac vice*)

5                                             1251 Avenue of the Americas
                                              New York, NY 10020
6                                             Telephone: 646-414-6902
                                              Fax: 973-597-2381
7                                             E-mail: shecht@lowenstein.com

8                                             Attorneys for Plaintiffs
                                              Special Situations Fund III QP, L.P., Special Situations
9                                             Cayman Fund, L.P. and Wolverine Flagship Fund
                                              Trading Limited
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3.       **STIPULATION AND [PROPOSED] ORDER**
                                             **CASE NO. 3:14-CV-04717-SC**

1

**ORDER**

2      Pursuant to the stipulation of the parties, Defendants shall file and serve their reply brief

3  in support of any motion to dismiss no later than October 23, 2015.  The hearing on defendants'

4  motion to dismiss, if any, shall be scheduled for at least ~~7~~ 14 days after Defendants file and serve

5  their reply or at such other time as is convenient for the Court.  All other dates shall remain as

6  ordered by the Court in its July 7, 2015 Order.

7

8  IT IS SO ORDERED.

9  Dated: ___07/28_____, 2015



10  THE HC                                        TI
    UNITED                                       GE

11
                    Judge Samuel Conti
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:14-CV-04717-SC