| | |
|---|---|
| 1 | COOLEY LLP |
|   | TOWER C. SNOW, JR. (58342) |
| 2 | (tsnow@cooley.com) |
|   | 101 California Street, 5th Floor |
| 3 | San Francisco, CA  94111-5800 |
|   | Telephone:     (415) 693-2000 |
| 4 | Facsimile:      (415) 693-2222 |
| 5 | JOHN C. DWYER (136533) |
|   | (dwyerjc@cooley.com) |
| 6 | JESSICA VALENZUELA SANTAMARIA (220934) |
|   | (jsantamaria@cooley.com) |
| 7 | ADAM C. TRIGG (261498) |
|   | (atrigg@cooley.com) |
| 8 | Five Palo Alto Square |
|   | 3000 El Camino Real |
| 9 | Palo Alto, CA 94306-2155 |
|   | Telephone: (650) 843-5000 |
| 10 | Facsimile: (650) 849-7400 |
| 11 | JOSEPH B. WOODRING (272940) |
|   | (jwoodring@cooley.com) |
| 12 | 1333 2nd Street, Suite 400 |
|   | Santa Monica, CA 90401 |
| 13 | Telephone: (310) 883-6400 |
|   | Facsimile: (310) 849-6500 |
| 14 | |
| 15 | Attorneys for Defendants |
|   | H. Ravi Brar, Susie Herrmann, and Murray Jones |
| 16 | [Additional Counsel on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 20 | SPECIAL SITUATIONS FUND III QP, L.P., SPECIAL SITUATIONS CAYMAN FUND, L.P., WOLVERINE FLAGSHIP FUND TRADING LIMITED, PINE RIVER MASTER FUND Ltd. and NISSWA ACQUISITION MASTER FUND Ltd., | Case No.  3:14-CV-04717-SC |
| | | **NOTICE OF SETTLEMENT AND STIPULATION AND [~~PROPOSED~~] ORDER REGARDING RESPONSE TO AMENDED COMPLAINT** |
| 23 | Plaintiffs, | Judge:     Hon. Samuel Conti |
| 24 | v. | |
| 25 | H. RAVI BRAR, SUSIE HERRMANN and MURRAY JONES | |
| | Defendants. | |

**STIPULATION AND [PROPOSED] ORDER**
**CASE NO. 3:14-CV-04717-SC**

1    WHEREAS, on October 23, 2014, Plaintiffs Special Situations Fund III QP, L.P. ("SSF III"), Special Situations Cayman Fund, L.P. ("SSF Cayman" and, with SSF III, "SSF") and Wolverine Flagship Fund Trading Limited ("Wolverine") filed a complaint in the above captioned action (the "Complaint") (Dkt. 1);

WHEREAS, on December 12, 2014, Defendants H. Ravi Brar, Susie Herrmann, and Murray Jones (collectively, "Defendants") filed a motion to dismiss the Complaint (Dkt. 18), which the parties fully briefed;

WHEREAS, on March 26, 2015, the Court issued an Order granting in part and denying in part Defendants' Motion to Dismiss, and allowing SSF and Wolverine to file an amended complaint (the "Order" (Dkt. 29));

WHEREAS, on July 22, 2015, Wolverine and SSF, along with Pine River Master Fund Ltd. ("Pine River") and Nisswa Acquisition Master Fund ("Nisswa") filed a First Amended Complaint (Dkt. 34) (Pine River, Nisswa, SSF, and Wolverine are collectively referred to herein as "Plaintiffs");

WHEREAS, on July 7, 2015, the Court issued an Order granting a stipulation setting the deadline for Defendants to file and serve their response to Plaintiffs' amended complaint no later than September 4, 2015 (Dkt. 33);

WHEREAS, the parties have settled the above captioned matter and have executed a settlement agreement, which contemplates that Plaintiffs will fully and finally dismiss this action with prejudice no later than September 28, 2015;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Parties, through their respective counsel, as follows:

1.   In light of the parties' settlement, Defendants need not presently respond to Plaintiffs' amended complaint (Dkt. 33).

2.   The Court shall set a Case Management Conference for October 23, 2015, or such date as is convenient for the Court, in the event a dismissal is not filed in advance of that date as contemplated under the parties' settlement agreement.

Respectfully submitted,

IT IS SO STIPULATED.

Dated:  September 3, 2015

COOLEY LLP
TOWER C. SNOW (58342)
JOHN C. DWYER (136533)
JESSICA VALENZUELA SANTAMARIA (220934)
ADAM C. TRIGG (261498)
JOSEPH B. WOODRING (272940)

*/s/ Joseph B. Woodring*
Joseph B. Woodring (272940)

Attorneys for Defendants
H. Ravi Brar, Susie Herrmann, and Murray Jones

Dated:  September 3, 2015

LOWENSTEIN SANDLER LLP
MICHAEL J. McGAUGHEY (198617)
STEVEN M. HECHT (*appearance pro hac vice*)

*/s/ Steven M. Hecht*
Steven M. Hecht (*appearance pro hac vice*)

1251 Avenue of the Americas
New York, NY 10020
Telephone: 646-414-6902
Fax: 973-597-2381
E-mail: shecht@lowenstein.com

Attorneys for Plaintiffs
Special Situations Fund III QP, L.P., Special Situations Cayman Fund, L.P., Wolverine Flagship Fund Trading Limited, Pine River Master Fund Ltd., and Nisswa Acquisition Master Fund

# ORDER

Pursuant to the stipulation of the parties, and light of the parties' settlement, Defendants need not presently respond to Plaintiffs' amended complaint (Dkt. 33).  The Court sets a Case Management Conference for October 23, 2015, or such date as is convenient for the Court, in the event a dismissal is not filed in advance of that date as contemplated under the parties' settlement agreement.

IT IS SO ORDERED.

Dated:  __09/04__, 2015



THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

120876365 v2

**STIPULATION AND [PROPOSED] ORDER**
**CASE NO. 3:14-CV-04717-SC**